**FILED**

08/21/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0402



## IN THE SUPREME COURT OF THE STATE OF MONTANA

### DA 24-0402

STATE OF MONTANA,

      Plaintiff and Appellee,

        GRANT OF MOTION FOR
v.                 EXTENSION OF TIME

ALISON BETH CARTER-BRUEGGEMAN,

      Defendant and Appellant.

      Motion for extension of time to file the Appellants Opening Brief in this matter is **GRANTED.** The Appellant is granted an extension until September 29, 2024, within which to prepare, file and serve the Appellant's Opening Brief.

      DATED: August 21, 2024.

BOWEN GREENWOOD
Clerk of the Supreme Court